# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL MONROE, | Case No. 2:13-cv-00863-GMN-NJK |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| | Docket No. 41 |
| GLORIA DEAN DAVIS, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Stay Ruling on Defense Motion to Strike Experts. Docket No. 41. The Court has issued its rulings on the motions identified in the instant motion. Accordingly, Plaintiff's motion is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: August 4, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge